UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Jason W., <br><br> Plaintiff, <br><br> vs. <br><br> Andrew M. Saul, Commissioner of Social Security, <br><br> Defendant. | Case No. CV-19-184-M-DLC <br><br> JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 <u> X </u>    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED, and this matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the opinion of this date.

      Dated this 28th day of April, 2020.

                                 TYLER P. GILMAN, CLERK

                                 By: <u>/s/ A.S. Goodwin</u>
                                 A.S. Goodwin, Deputy Clerk

