IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JASON WHETSTINE,<br><br>                Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                Defendant. | CV 19–84–M–DLC–KLD<br><br><br>ORDER |

Before the Court is the parties' Stipulation for Award of Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 23.) The parties have agreed to an attorneys' fee award of $7,100.00.

Accordingly, IT IS ORDERED that Plaintiff Jason Whetstine is awarded attorneys' fees under the Equal Access to Justice Act in the amount of $7,100.00, subject to the terms of the parties' stipulated agreement.

DATED this 6th day of July, 2020.

_____
Dana L. Christensen, District Judge
United States District Court

-1-