IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JASON WHETSTINE, | CV 19–84–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Before the Court is Plaintiff Jason Whetstine's motion for an award of attorneys' fees, pursuant to 42 U.S.C. § 406(b). (Doc. 25.) On April 28, 2020, this Court reversed the Commissioner's decision denying Whetstine's application for benefits and remanded for additional agency proceedings. (Doc. 21.) On July 6, 2020, the Court awarded Whetstine $7,100.00 in attorneys' fees. (Doc. 24.)[1] On remand, the Commissioner awarded Whetstine past-due Title II benefits from March 2017. (Doc. 25 at 2.) Of the total amount awarded, $18,129.25 has been withheld pending approval of attorneys' fees. (*Id.*) Having reviewed Whetstine's submissions (Doc. 25), the Court finds this amount to constitute a reasonable award of attorneys' fees. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002).

---

[1] Because of a government debt owed by Whetstine, his counsel only received $3,936.00. (Doc. 25 at 2.)

1

Accordingly, IT IS ORDERED the motion (Doc. 25) is GRANTED. This Order shall serve as official approval of attorney Andrew T. Koenig's fees in the amount of $18,129.25.

IT IS FURTHER ORDERED that, upon receipt of such fees, Mr. Koenig shall reimburse Whetstine in the amount of $3,936.00, representing fees Mr. Koenig has already actually received.

DATED this 15th day of June, 2022.

Dana L. Christensen, District Judge
United States District Court